UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. **4:12-CR-00069-1H(2)**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| **DAVID WAYNE WHITE** | |

On motion of the Defendant, **David Wayne White**, and for good cause shown, it is hereby ORDERED that the **[DE 28 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This __8th__ day of **January 2013**.

_____
MALCOLM J. HOWARD
Senior United States Judge