UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. **4:12-CR-00069-H-1**

UNITED STATES OF AMERICA

v.

**DAVID WAYNE WHITE**

ORDER TO SEAL

On motion of the Defendant, **David Wayne White**, and for good cause shown, it is

hereby ORDERED that the **[DE 45 ]** be sealed until further notice by this Court.

IT IS SO ORDER.

This 8th day of **August, 2013**.

MALCOLM J. HOWARD
Senior United States Judge